UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID DANIELS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MEDICAL DENTIST FUGER,<br><br>　　　　　　Defendant. | No.  4:14-cv-05112-EFS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING COMPLAINT** |

　　　Magistrate Judge Hutton filed a Report and Recommendation on March 3, 2015, recommending Plaintiff's Motion to Voluntarily Dismiss pursuant to Federal Rule of Civil Procedure 41(a) be granted, ECF No. 11.  There being no objections, the Court **ADOPTS** the Report and Recommendation. The Motion to Voluntarily Dismiss, ECF No. 10, is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

　　　Although granted the opportunity to do so, Plaintiff did not file a separate motion and affidavit to waive the remaining balance of the filing fee as directed. Therefore, Plaintiff is obliged to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

　　　**IT IS SO ORDERED**.  The Clerk's Office is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file.

　　　**DATED** this   23rd   day of March 2015.

　　　　　　　　　　　　　　s/Edward F. Shea
　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　Senior United States District Judge